UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHAUDHRY AKHTAR ALI,

           Plaintiff,

v.                               Case No. 1:22-cv-00799-PTG-WEF

NAVEED GHULAM,
NAHEED GHULAM,
IMRAN GHULAM,
DILAWER HUSSAIN,
NIA BUILDERS, INC.,
NNT AGRI SYSTEMS, LLC,
ISG POULTRY,
NINA'S CHICKEN FARMHOUSE, and
DOES 1-10,

           Defendants.

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT

Plaintiff and Defendants (collectively "Parties"), jointly move the Court for an order approving the settlement agreement between the Parties, attached as Exhibit 1, to resolve this case and dismissing Plaintiff's Complaint with prejudice.

**[Remainder of Page Intentionally Left Blank]**

Dated:  June 2, 2023

Respectfully submitted,

**CHAUDHRY ALI**

/s/ Alexandra M. Lydon
Alexandra M. Lydon (VSB #90122)
Legal Services of Northern Virginia
100 N Pitt Street, #307
Alexandria, VA 22314
Phone: 703.504.9155
Fax: 571.386.0641
alydon@lsnv.org

/s/Timothy Coffield
Timothy Coffield (VSB #83430)
COFFIELD PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133
F: (434) 321-1636
tc@coffieldlaw.com
*Counsel for Plaintiff*

**NAVEED GHULAM, NAHEED GHULAM, IMRAN GHULAM, DILAWER HUSSAIN, NIA BUILDERS, INC., NNT AGRI SYSTEMS, LLC, ISG POULTRY, and NINA'S CHICKEN FARMHOUSE**

   /s/ Christopher Robertson
J. Chapman Petersen, VSB #37225
Christopher Robertson, VSB #93732
Chap Petersen & Associates, PLC
3970 Chain Bridge
Fairfax, VA 22030
Telephone: (571) 459-2512
Facsimile: (571) 459-2307
jcp@petersenfirm.com
cr@petersenfirm.com
*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher Robertson
Counsel for Defendants