UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---

CHAUDHRY AKHTAR ALI,

          Plaintiff,

v.                                          Case No. 1:22-cv-00799-PTG-WEF

NAVEED GHULAM,
NAHEED GHULAM,
IMRAN GHULAM,
DILAWER HUSSAIN,
NIA BUILDERS, INC.,
NNT AGRI SYSTEMS, LLC,
ISG POULTRY,
NINA'S CHICKEN FARMHOUSE, and
DOES 1-10,

          Defendants.

---

**ORDER**

Upon consideration of the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Plaintiff's Complaint with Prejudice, it is hereby ORDERED that the Motion is GRANTED and that the Settlement Agreement is APPROVED as fair and adequate. This action is DISMISSED with PREJUDICE, except that this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994). THIS MATTER IS FINAL.

ENTERED this 6th day of June, 2023

*William E. Fitzpatrick*
Judge William E. Fitzpatrick
United States Magistrate Judge